**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HUGH T. BUTLER, SR., <br><br>           Plaintiff, <br><br> vs. <br><br> GREIF, INC. and MICHAEL OGILVIE, JR., <br><br>           Defendants. | CIVIL ACTION FILE <br><br> NO. 1:07-cv-1978-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 26th day of September, 2008.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                                    By:  s/Emily Bulat
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 26, 2008
James N. Hatten
Clerk of Court

By: s/Emily Bulat
        Deputy Clerk